IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

A.B., MOTHER OF T.S.,
MINOR CHILD,

      Appellant,

v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-878

Opinion filed June 2, 2015.

An appeal from the Circuit Court for Duval County.
David M. Gooding, Judge.

Susan Barber, Assistant Regional Conflict Counsel, Tallahassee, and Crystal
Mcbee Frusciante, Jupiter, for Appellant.

Ward L. Metzger, Department of Children and Families, Jacksonville, and Thomas
Wade Young, Guardian ad Litem, Sanford, for Appellee.

PER CURIAM.

      AFFIRMED.

RAY, SWANSON, and MAKAR, JJ., CONCUR.